1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL TENORE,                          No.  2:11-cv-1082 WBS CKD P

12                  Plaintiff,

13        v.                                   ORDER

14   NATHANAEL GOODGAME, et al.,

15                  Defendants.

16

17        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

18   ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

19   cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional

20   circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

21   1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900

22   F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required

23   exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be

24   denied.

25        Plaintiff has also requested an extension of the discovery deadline of May 11, 2013 as set

26   forth in the amended scheduling order of January 8, 2013.  A schedule may be modified upon a

27   showing of good cause.  Fed. R. Civ. P. 16(b).  Good cause exists when the moving party

28   demonstrates he cannot meet the deadline despite exercising due diligence.  Johnson v. Mammoth

                                              1

1  <u>Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992); <u>see also</u> Fed. R. Civ. P. 56(d).  Here plaintiff

2  has not shown diligence in conducting discovery and did not seek an extension of the deadline

3  until after the dispositive motion deadline had passed.  Absent good cause, the court will deny

4  plaintiff's request.

5          Accordingly, IT IS HEREBY ORDERED that:

6          1.  Plaintiff's motion for the appointment of counsel and to extend discovery (ECF No.

7  45) is denied; and

8          2.  Within thirty days of the date of this order, plaintiff shall file an opposition to the

9  motion for summary judgment or a statement of non-opposition.  Failure to comply with this

10 order will result in a recommendation that this action be dismissed pursuant to Federal Rule of

11 Civil Procedure 41(b).

12 Dated:  September 5, 2013

13                                                                        _____
                                                                         CAROLYN K. DELANEY
14                                                                       UNITED STATES MAGISTRATE JUDGE

15

16

17

18 2 / teno1082.31

19

20

21

22

23

24

25

26

27

28

                                                    2