
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE,<br><br>              Plaintiff,<br><br>     v.<br><br>NATHANAEL GOODGAME, et al.,<br><br>              Defendants. | No. 2:11-cv-1082 WBS CKD P<br><br>ORDER |

On September 5, 2013, the Magistrate Judge issued an order denying plaintiff's motion to extend discovery. On September 26, 2013, plaintiff constructively filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Id. Plaintiff's request for reconsideration of the magistrate judge's order of September 5, 2013, is therefore untimely. Moreover, even if plaintiff's motion were timely, it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. See E.D. Local Rule 303(f).

////
////
////
////

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF
2 No. 50) is denied.
3 Dated: October 9, 2013

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8    2/teno1082.851