UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE, | No. 2:11-cv-1082 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| NATHANAEL GOODGAME, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an opposition to the motion for summary judgment. Good cause appearing, plaintiff's motion will be granted, and plaintiff's opposition, filed October 18, 2013, shall be deemed timely.

Defendants have filed a motion for an extension of time to reply to plaintiff's opposition. Good cause appearing, defendants' motion will be granted.

Plaintiff styles his October 18, 2013 filing as both an opposition to defendants' motion for summary judgment and a motion for summary judgment to be entered in favor of plaintiff. Defendants seek to strike plaintiff's cross-motion for summary judgment as untimely filed. As plaintiff did not seek to obtain a modification of the scheduling order or show good cause why he should be permitted to file a dispositive motion more than two months after the deadline, defendants' motion will be granted. (See ECF No. 39.)

/////

Accordingly IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 52) is granted, and plaintiff's October 18, 2013 opposition is deemed timely;

2. Defendants' motion for an extension of time (ECF No. 54) is granted, and defendants shall file their reply to plaintiff's opposition no later than December 13, 2013; and

3. Defendants' motion to strike plaintiff's cross-motion for summary judgment (ECF No. 55) is granted, and plaintiff's October 18, 2013 filing will be construed as an opposition to defendants' motion only.

Dated: October 31, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
teno1082.36

2