UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHANAEL GOODGAME, et al.,<br><br>    Defendants.<br>_____ / | No.  2:11-cv-1082 WBS CKD P<br><br><br><br><br><br>**AMENDED<br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Michael Benjamin Tenore, CDCR # T-62986, a necessary and material witness in a settlement conference in this case on June 10, 2014, is confined in Valley State Prison (VSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd, Courtroom #27, U. S. District Court, 501 I Street, Sacramento, California 95814, on Tuesday, June 10, 2014 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued April 24, 2014.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, VSP, P. O. Box 99, Chowchilla, California 93610:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  May 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE