IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATHANIEL GOODGAME, et al.,<br><br>　　　　　　Defendants. | No. 2:11-cv-1082 WBS CKD P<br><br>ORDER |

　　Good cause appearing, Defendants' request for relief from the expert witness disclosure deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(i) is GRANTED.  Defendants are relieved of any obligation to disclose prospective expert witnesses until further order of this Court.

Dated:  January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE