UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE, | No. 2:11-cv-1082 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| NATHANAEL GOODGAME, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 8, 2014, the magistrate judge filed findings and recommendations herein which were served on both parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff belatedly filed objections (ECF No. 105), and defendants filed a response to the objections (ECF No. 108).

In light of plaintiff's pro se status, the court finds the recommended dismissal too severe a sanction for plaintiff's failure to file a pretrial statement. Accordingly, the findings and recommendations of the magistrate judge are rejected, and the court will try this action in April of 2015 as scheduled. Neither side need file a Pretrial Statement.

1

1 | IT IS SO ORDERED.

3 | Dated:  February 18, 2015

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11 | 2 / teno1082.805