IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TENORE,** | Case No. 2:11-cv-1082 WBS CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **NATHANIEL GOODGAME, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants' motion to continue the trial date is **GRANTED**. The April 21, 2015 trial date is **VACATED**. Trial in this case is hereby rescheduled to begin on June 9, 2015, at 9:00 a.m. in Courtroom 5, before Judge William B. Shubb. The Order and Writ issued on 2/20/2015 to produce inmate [111] Michael Tenore is HEREBY VACATED, and a new order and writ of habeas corpus ad testificandum to produce Michael Tenore (T-62986) for trial on that date will issue.

Dated: April 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1