UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE, | No. 2:11-cv-1082 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| NATHANIEL GOODGAME, et al., | |
| Defendants. | |

Good cause appearing, defendant Goodgame and Tseng's request to amend their answer to the First Amended Complaint is GRANTED. Defendants' request to file a late motion for summary judgment on the issue of administrative exhaustion is also GRANTED. (ECF No. 143.)

Defendants' amended answer and motion for summary judgment on exhaustion have been filed. (ECF No. 143.) Plaintiff's opposition to the motion for summary judgment, if any, shall be filed no later than 21 days from the date of this order. See L.R. 230(l). As trial in this matter is set for June 9, 2015, the parties are strongly encouraged to brief this motion without seeking additional extensions of time.

IT IS SO ORDERED.

Dated: April 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE