IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TENORE,** | Case No. 2:11-cv-1082 WBS CKD (PC) |
| Plaintiff, | **AMENDED JUDGMENT OF DISMISSAL IN A CIVIL ACTION** |
| v. | |
| **NATHANIEL GOODGAME, et al.,** | |
| Defendants. | |

IT IS HEREBY ORDERED AND ADJUDGED THAT a Judgment of Dismissal with Prejudice is hereby entered, under Federal Rule of Civil Procedure 68, in accordance with the parties' offer and acceptance filed on April 23, 2015.

Entered: April 29, 2015                    _____
                                                              Deputy Clerk